UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 15-cr-20840-MGC |
| v. ) | |
| ) | |
| MARTIN LUSTGARTEN-ACHERMAN, ) | |
| Defendant ) | |

## WAIVER OF THE RIGHT OF THE DEFENDANT MARTIN LUSTGARTEN ACHERMAN TO PERSONALLY APPEAR FOR STATUS AND PRETRIAL CONFERENCES

NOW comes the Defendant Martin Lustgarten Acherman ("Defendant"), who hereby waives his right to personally appear in person for all of the status and pretrial conferences that may be held by this Honorable Court prior to my availability, the delay of my personal appearance being only as the result of awaiting an order and being transferred there to the Southern District of Florida ("District") by the U.S. Marshals.

In support hereof, the Defendant states as follows:

1. Since April 8, 2015, the time of my arrest in the above indictment, I have continuously been incarcerated in pre-trial detention.

2. I am presently being held at the Wyatt Detention Facility in Central Falls, Rhode Island, awaiting an order from this Court to be transferred to this District.

3. That I have continuously asserted my right to a speedy trial on this indictment, I have objected to each and every order of "excusable delay" that

has been entered to date by the U.S. District Court in Boston, and it is my hope and intention through this waiver that no further delays will exist in my having this Court provide me with an expedited and speedy trial.

DATED: November 3, 2015

*[signature]*
Martin Lustgarten-Acherman


Respectfully submitted,

NATHAN P. DIAMOND, P.A.
888 Biscayne Boulevard (Suite 501)
Miami, Florida 33132
Tel.: (305) 371-5300
Fax: (305) 371-6966
Email: attydiamon@aol.com

By:   /S/ Nathan P. Diamond
      NATHAN P. DIAMOND, ESQUIRE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November \_\_\_\_, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        By:    /S/ Nathan P. Diamond
                                  NATHAN P. DIAMOND, ESQUIRE