UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>15-20840-COOKE(s)</u>
8 U.S.C. § 1325

UNITED STATES OF AMERICA

vs.

MARTIN LUSTGARTEN ACHERMAN,

      Defendant.
_____/



### SUPERSEDING INFORMATION

(Title 8, United States Code, Section 1325(a) – Improper Entry By Alien)

The United States Attorney alleges that:

1. Pursuant to Title 8, United States Code, Section 1325(a)(3), any alien who attempts to enter or obtains entry to the United States by a willfully false and misleading representation or the willful concealment of a material fact, is in violation of criminal law.

2. At all times relevant to this Superseding Information, the defendant, **MARTIN LUSTGARTEN ACHERMAN**, was a citizen of Austria and Venezuela.

3. At all times relevant to this Superseding Information, the defendant, **MARTIN LUSTGARTEN ACHERMAN**, was not employed by Computadoras Magnabyte, C.A., nor its subsidiary, Magnabyte Latin America, Inc.

4. On or about June 26, 2010, at the Embassy of the United States of America in Caracas, Venezuela, after representing himself to be employed as the Director of Administration at Computadoras Magnabyte, C.A., the defendant, **MARTIN LUSTGARTEN ACHERMAN**, was issued an L-1 class visa for multiple entries into the United States in support of his employment.

5. On or about October 12, 2011, at Miami International Airport in the Southern District of Florida, the defendant,

**MARTIN LUSTGARTEN ACHERMAN,**

attempted to enter and obtained entry to the United States by a willfully false or misleading representation and the willful concealment of a material fact, *to wit*, **MARTIN LUSTGARTEN ACHERMAN** was not an employee of Computadoras Magnabyte, C.A., nor its subsidiary, Magnabyte Latin America, Inc., nor was his interest in entering the United States in support of employment by said companies.

All in violation of Title 8, United States Code, Section 1325(a).

WIFREDO A. FERRER
UNITED STATES ATTORNEY

KATHERINE FERGUSON
LINDA M. RICCI
Special Assistant United States Attorneys

M. KENDALL DAY
CHIEF, ASSET FORFEITURE MONEY LAUNDERING SECTION

JOSEPH PALAZZO
Trial Attorney, United States Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. **15-20840-CR-COOKE(s)**

vs.
                                        **CERTIFICATE OF TRIAL ATTORNEY***

**MARTIN LUSTGARTEN ACHERMAN,**

        **Defendant.**
_____/ **Superseding Case Information:**

Court Division: (Select One)                New Defendant(s)   Yes _____  No __x__
                                            Number of New Defendants _____
__X__ Miami  _____ Key West                 Total number of counts    __1__
_____ FTL    _____ WPB  _____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)  __Yes__
   List language and/or dialect  __Spanish__
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days    __x__                Petty    _____
   II   6 to 10 days   _____               Minor    _____
   III  11 to 20 days  _____               Misdem.  __X__
   IV   21 to 60 days  _____               Felony   _____
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No) __YES__   If yes:
   Judge: __Cooke__                         Case No. __15-20840__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__        If yes:
   Magistrate Case No.: _____
   Related Miscellaneous number: _____
   Defendant(s) in federal custody as of: _____
   Defendant(s) in state custody as of: _____
   Rule 20 from the District of: _____
   Is this a potential death penalty case? (Yes or No) __No__
7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes  __X__ No
8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes  __X__ No

                                            _____
                                            JOSEPH PALAZZO (A5502141)
                                            Trial Attorney
                                            Criminal Division
                                            United States Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MARTIN LUSTGARTEN ACHERMAN**

**Case No**:  15-20840-CR-COOKE(s)

Count #: 1

Improper Entry by Alien

Title 8, United States Code, Section 1325(a)

\* **Max. Penalty**: Six Months Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   15-20840-CR-COOKE(s) |
| MARTIN LUSTGARTEN ACHERMAN, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Howard Brownstein**
*Printed name of defendant's attorney*

_____
*Judge's signature*

**United States Magistrate Judge**
*Judge's printed name and title*